## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

 Raoul Marradi    ___
       Plaintiff

                                                 CA No. 1:18-cv-12052-PBS

         v.

Hank & Jim Enterprises LLC,
Roadhouse Properties, LLC
      Defendants


**SARIS, C.D.J.:**


## ORDER OF ADMINISTRATIVE STAY/CLOSING


It is  hereby ordered that the above entitled case is stayed/closed administratively until a proper party is subsisted. If no party is substituted in 90 days the case will be dismissed, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the proceedings.


Dated: November 9, 2018                      /s/ Stephanie Caruso
                                             Deputy Clerk